IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CINDY SLAUGHTER**                                                                                  **PLAINTIFF**

**vs.**                                                                           **CAUSE NO. 3:13cv752-HTW-LRA**

**HINDS COUNTY, MISSISSIPPI, by and through
its Board of Supervisors, HINDS COUNTY SHERIFF
TYRONE LEWIS, in his official capacity; JOHN and
JANE DOES 1-24**                                                                               **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME**, Cindy Slaughter, Plaintiff, acting through her undersigned counsel of record, and Hinds County, Mississippi, by and through its Board of Supervisors, and Sheriff Tyrone Lewis, in his official capacity, Defendants, acting through their undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Cindy Slaughter v. Hinds County, Mississippi et al*, bearing cause number 3:13cv752-HTW-LRA, including any and all claims which were or might have been encompassed therein against the named Defendants by the Plaintiff, are hereby dismissed with prejudice, with each party to bear their respective costs and attorneys' fees.

**SO STIPULATED,** this the 7th day of October, 2014.

  /s/ *Jonathan Matthew Eichelberger*
**JONATHAN MATTHEW EICHELBERGER, ESQ.**
**RAMEL L. COTTON, ESQ.**
*Attorneys for Plaintiff*

  /s/ *Jason E. Dare*
**J. LAWSON HESTER, ESQ.**
**JASON E. DARE, ESQ.**
*Attorneys for Defendants*